## SMITH et ux. v. RED ARROW FREIGHT LINES, Inc.

No. 10082.

Court of Civil Appeals of Texas. San Antonio.

June 23, 1937.

See, also, 93 S.W.(2d) 495.

W. B. Lewis, of Harlingen, for appellants.

Abney & Whitelaw, of Brownsville, for appellee.

SMITH, Chief Justice.

Plaintiffs in error have assigned no errors, but in commendable frankness concede that the judgment must be affirmed, upon decisions rendered in this state since this cause was tried below.

Accordingly, the judgment is affirmed.